JACOB D. BUNDICK, ESQ. (NBN: 9772)
ALAYNE M. OPIE, ESQ. (NBN: 12623)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada  89169
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
Email:  bundickj@gtlaw.com
             opiea@gtlaw.com
*Attorneys for Defendant*
*Nationstar Mortgage, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERNEST FRESQUEZ, JR.<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC; U.S. BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>Defendants. | Case No.:  2:16-cv-01274-KJD-NJK<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF PARTIAL MOTION TO DISMISS**<br><br>*First Request* |

IT IS HEREBY STIPULATED between the undersigned counsel, that Defendant Nationstar Mortgage, LLC's ("Nationstar"), reply in support of its Partial Motion to Dismiss (Doc. 3) shall be due on August 1, 2016.  This is the first request for an extension of time and not made for purposes of delay.  Plaintiff filed his Opposition to Nationstar's Partial Motion to Dismiss (Doc. 13) and a Motion to Remand (Doc. 11) on July 15, 2016.  The response to the Motion to Remand is presently due August 1, 2016.  The parties herein stipulate to extend the deadline to file the reply in support of Nationstar's Partial Motion to Dismiss (Doc. 3) from July 25, 2016 to August 1, 2016, in line

/ / /

/ / /

/ / /

/ / /

*LV 420742937v1*

Page 1

with the Motion to Remand response deadline, as both pleadings will address common issues of fact and law.

DATED this 22nd day of June, 2016.

GREENBERG TRAURIG, LLP

By: /s/ Alayne M. Opie
JACOB D. BUNDICK, ESQ. (NBN: 9772)
ALAYNE M. OPIE, ESQ. (NBN: 12623)
3773 Howard Hughes Parkway, Suite 400N
Las Vegas, Nevada  89169
*Attorneys for Defendant*
*Nationstar Mortgage, LLC*

DATED this 22nd day of June, 2016.

THE WILCHER FIRM

By: /s/ Whitney C. Wilcher
WHITNEY C. WILCHER, ESQ. (NBN: 7212)
8465 West Sahara Ave.
Suite 111-236
Las Vegas, Nevada 89117
*Attorney for Plaintiff*

## ORDER

Nationstar's reply to its Partial Motion to Dismiss (Doc. 3) shall be due by August 1, 2016.

IT IS SO ORDERED.

Dated this  25th  day of July, 2016.

By: _____
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on July 22, 2016, a copy of the foregoing **STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF PARTIAL MOTION TO DISMIS** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Courts' CM/ECF system.

/s/ Alayne Opie
An employee of Greenberg Traurig, LLP

LV 420742937v1