DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
REBEKKAH B. BODOFF, ESQ.
Nevada Bar No. 12703
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile:   (702) 380-8572
Email: darren.brennner@akerman.com
Email: rebekkah.bodoff@akerman.com

*Attorneys for Defendant Mortgage Electronic
Registration Systems, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ERNEST FRESQUEZ, JR., | Case No. 2:16-cv-01274-KJD-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S TIME TO RESPOND TO PLAINTIFF'S MOTION TO REMAND** |
| NATIONSTAR MORTGAGE, LLC; U.S. BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-10, inclusive, | |
| Defendants. | |

It is hereby stipulated and agreed by and between Plaintiff Ernest Fresquez, Jr. (**Plaintiff**), through his attorney Whitney C. Wilcher, and Defendant Mortgage Electronic Registration Systems, Inc. (**MERS**), through its attorneys Darren Brenner and Rebekkah Bodoff with the law firm of Akerman LLP, as follows:

On June 8, 2016, Nationstar Mortgage, LLC (Nationstar) filed a Petition for Removal to Federal Court. (ECF No. 1.)  On July 15, 2016, Plaintiff filed a Motion to Remand to State Court (ECF No. 11.)  Plaintiff and MERS stipulate and agree that MERS shall have until August 5, 2016, in which to file its Response to Plaintiff's Motion to Remand.

This is the parties' first request for an extension of time to respond to Plaintiff's Motion to Remand and is not intended to cause any delay or prejudice to any party.

*//*

DATED this 4th day of August, 2016.

| By: | By: |
|---|---|
| */s/ Whitney C. Wilcher, Esq.*<br>Whitney C. Wilcher, Esq.<br>Nevada Bar No. 7212<br>THE WILCHER FIRM<br>8465 West Sahara Avenue, Suite 111-236<br>Las Vegas, Nevada 89117<br><br>*Attorney for Plaintiff* | */s/ Rebekkah B. Bodoff, Esq.*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>REBEKKAH B. BODOFF, ESQ.<br>Nevada Bar No. 13848<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendant Mortgage Electronic Registration Systems, Inc.* |

## <u>ORDER</u>

IT IS ORDERED THAT Mortgage Electronic Registration Systems, Inc. shall have until August 5, 2016 to respond to Plaintiff's Motion to Remand.

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:**  __August 5, 2016_____