UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERNEST FRESQUEZ, JR., <br><br> Plaintiff, <br><br> vs. <br><br> NATIONSTAR MORTGAGE, LLC, et al., <br><br> Defendants. | Case No. 2:16-cv-01274-KJD-NJK <br><br> ORDER GRANTING MOTION TO STAY <br><br> (Docket No. 17) |

Pending before the Court is Defendant Mortgage Electronic Registration Systems, Inc.'s motion to stay discovery pending a ruling on its motion to dismiss. *See* Docket Nos. 5, 17. The motion to stay was filed on July 22, 2016, but Plaintiff has failed to file a response to date. *See* Docket; *see also* Local Rule 7-2(b). Accordingly, the motion may be granted as unopposed. *See* Local Rule 7-2(d). The Court has also reviewed the motion and finds good cause for granting it. Because the motion is unopposed and for good cause shown, the motion to stay discovery pending a ruling on Mortgage Electronic Registration Systems, Inc.'s motion to dismiss, Docket No. 17, is hereby **GRANTED**. Discovery is stayed as to this defendant only, and not to any other defendants. Plaintiff and Defendant Mortgage Electronic Registration Systems Inc. are **ORDERED** to file a joint discovery plan within 14 days of any order denying the motion to dismiss.

IT IS SO ORDERED.

DATED: August 12, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge